UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO: 07-5308

V.

Jerry O'Connell; Rebecca Romijn; John Stamos,
Defendants

## Complaint

42 USC 1983 / Acting like noone cares / Mental Assault / TRO

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983. Plaintiff seeks $25 million. O'Connell acts like he does not care about my 6th amendment rights being violated under Booker and FanFan. Romijn is violating my civil rights, not helping me with my appeal. Stamos put me in solitary confinement. I have head trauma, Defendants are not taking care of my medical needs. I move to forbid defendants from working in Hollywood until they help me. I need to eat, I'm starving.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg    843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully
Submitted

Jonathan Lee Riches ©